STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LONNIE JOHNSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth Javerbaum* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

May 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN T. NEISWENTER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Robert L. Messick* for the respondent.

May 13, 1969. Denied.

EMMA KLOTZ, EXECUTRIX OF THE ESTATE OF CHARLES H. KLOTZ, SR., DECEASED, PLAINTIFF-PETITIONER, v. SELECTED RISKS INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 105 *N. J. Super.* 1.

*Mr. Joseph R. Moss* for the petitioner.

*Messrs. Kisselman, Devine, Deighan & Montano* and *Mr. Michael Patrick King* for the respondent.

May 13, 1969. Denied.